

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of Charles Edward Long, Deceased

No. 06-24-00064-CV

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2020-0295-E). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED APRIL 29, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk